**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (if known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☑ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's full name**

Terrence
First name

A.
Middle name

O'Malley
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Terrance A. O'Malley
Terry O'Malley

Include any assumed, married, maiden, or trade names, or *doing business as* names.

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☑ Unknown

xxx – xx – ___ ___ ___ ___   OR   9xx – xx – ___ ___ ___ ___

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☑ Unknown

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

Debtor   Terrence A. O'Malley                    Case number (if known)_____

| 6. Debtor's address | Principal residence | Mailing address, if different from residence |
|---|---|---|
| | 30 Breakenridge Farm Road<br>Number   Street | _____<br>Number   Street |
| | Oak Brook          IL     60523<br>City                     State   ZIP Code | _____<br>City               State   ZIP Code |
| | DuPage<br>County | |
| | Principal place of business | |
| | _____<br>Number   Street | |
| | _____<br>City               State   ZIP Code | |
| | _____<br>County | |

**7. Type of business**

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**8. Type of debt**

Each petitioner believes:

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____   Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                            MM / DD / YYYY

     Debtor _____   Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                            MM / DD / YYYY

Debtor   Terrence A. O'Malley _____   Case number (if known)_____

## Part 3: Report About the Case

**10. Venue**
Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☐ No

☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| KCHL HOLDINGS, LLC, a Kansas limited liability company | Judgment entered on May 24, 2016 in Circuit Court of DuPage County, Case No. 13 L 311 | $ 3,693,575.13 |
| | | $ |
| | | $ |
| | Total | $ 3,693,575.13 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor   Terrence A. O'Malley                    Case number (if known) _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _[signature]_ MANAGER
Signature of petitioner or representative, including representative's title

KCHL Holdings, LLC
Printed name of petitioner

Date signed  9 / 20 / 2017
            MM / DD / YYYY

Mailing address of petitioner
c/o Midland Properties, Inc.
2001 Shawnee Mission Parkway
Number   Street

Shawnee Mission        KS      66205
City                   State   ZIP Code

If petitioner is an individual and is not represented by an attorney:
Contact phone  _____
Email          _____

Name and mailing address of petitioner's representative, if any

Name  _____

Number  Street  _____

City   State   ZIP Code

**Attorneys**

X _[signature]_
Signature of attorney

Joel A. Stein
Printed name

Deutsch, Levy & Engel, Chartered
Firm name, if any

225 W. Washington St., Suite 1700
Number   Street

Chicago              IL      60606
City                 State   ZIP Code

Date signed  09  22  2017
             MM / DD / YYYY

Contact phone (312) 346-1460   Email stein@dlec.com

Debtor  Terrence A. O'Malley                              Case number (if known)_____

✗ _____
Signature of petitioner or representative, including representative's title

Printed name of petitioner _____

Date signed _____
   MM / DD / YYYY

**Mailing address of petitioner**

Number   Street _____

City _____ State ____ ZIP Code ____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number   Street _____

City _____ State ZIP Code ____

✗ _____
Signature of Attorney

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State ____ ZIP Code ____

Date signed _____
   MM / DD / YYYY

Contact phone _____ Email _____

✗ _____
Signature of petitioner or representative, including representative's title

Printed name of petitioner _____

Date signed _____
   MM / DD / YYYY

**Mailing address of petitioner**

Number   Street _____

City _____ State ____ ZIP Code ____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number   Street _____

City _____ State ____ ZIP Code ____

✗ _____
Signature of Attorney

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State ____ ZIP Code ____

Date signed _____
   MM / DD / YYYY

Contact phone _____ Email _____

Official Form 105   Involuntary Petition Against an Individual   page 5